NO. 12-15-00135-CR

IN THE COURT OF APPEALS

TWELFTH COURT OF APPEALS DISTRICT

TYLER, TEXAS

FILED IN COURT OF APPEALS
12th Court of Appeals District

JUN 05 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

IN RE: DONALD ADKINS          §          ORIGINAL PROCEEDINGS
Relator

MOTION TO CORRECT CAUSE/CASE NUMBER OF
PRIOR FILING OF; "MOTION FOR LEAVE TO FILE CERTIFICATE
OF INTERESTED PERSONS".

COMES NOW, Donald Adkins, Relator pro-se, to ask this Honorable Court to correct by way of the clerk or, by any proper way by this Court the cause number of the prior filed document mailed by Relator 26th day of May 2015 (Motion for Leave to File Certicficate of Interested Persons)... as follows - The prior document hold in its above caption, case no. 12-15-00060-CR.

The document cause/case number should read 12-15-00135-CR.

The Relator has made a minor error and ask this Court to permit this correction and provide notice to the clerk of this Court and this Relator of said correction it is so prayed.


Signed this 2nd day of June.

Respectfully Submitted,

Donald Adkins, Pro-se
TDCJ-CID No.1792685
Ramsey One Unit
1100 FM 655
Rosharon, Texas 77583